IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

V.

THE REAL PROPERTY KNOWN AS 946
TRAIL ROAD, HERINGTON, KANSAS
67449.

     *Defendants in Rem.*

## **DECLARATION IN SUPPORT OF CIVIL FORFEITURE COMPLAINT**

  I, MEGAN WOODRUFF, a Special Agent with the United States Department of

Justice Federal Bureau of Investigation (FBI) assigned to the Dallas Field Office, Fort Worth

Resident Agency, being first duly sworn, hereby depose and state the following is true and

correct to the best of my knowledge and belief:

  1.  I am a Special Agent with the Federal Bureau of Investigation and have been so

employed since August 2023.  I presently am assigned to work white collar matters and

complex financial crimes.  As a Special Agent of the FBI, I have received training and

participated in the normal methods of investigation and legal matters, including, but not

limited to: interviewing of witnesses and subjects, physical surveillance, the use and analysis

of transactional data, Fourth Amendment searches, the drafting of search warrant affidavits,

and probable cause.

2.      Agridime LLC was a cattle investment company and meat distributor headquartered in Fort Worth, Texas since on or about May 12, 2017.

3.      Shady Brook Ranch LLC was a cattle ranch located in Herington, Kansas since on or about July 30, 2020.

4.      The real property known as 946 Trail Road in Herington, Kansas is a 196 acre property with large home on the Shady Brook Ranch property known as the "barndominium," that was constructed between 2022-2023 (hereinafter the Subject Property).

5.      Jason Link resides in Herington, Kansas, and was a co-owner of Agridime LLC and its Meat Supply Chain Director.  Along with Joshua Link, he was responsible for cattle purchasing, logistics, and maintenance.  Jason Link also owned Shady Brook Ranch, which housed some of Agridime's cattle.

## Investment Scheme

6.      Based on the investigation to date, your affiant alleges that Agridime LLC, Joshua Link, Jason Link, Taylor Bang (hereinafter referred to as "the defendants"), among others, solicited cattle investment contracts via online platforms and salespeople and misappropriated the investor funds for their personal gain.

7.      From on or about December 21, 2020, and continuing until on or about December 12, 2023, the defendants fraudulently obtained over $200 million of cattle contract investment funds from approximately 2,300 investors located throughout the United States.

8.      The Defendants falsely represented that investor funds would be used to

purchase, care for, and process specific cattle, that is, particular cows.

9.     Investors sent funds to Agridime via interstate wire.

10.     In reality, investor funds were utilized to repay previous investors, pay company bills, increase the defendant's salary and commissions, and build the Subject Property.

11.     Throughout the scheme Agridime controlled several bank accounts at Worthington National Bank.

12.     Worthington National Bank account ended in 2742, hereafter referred to as **WNB2742** acted as Agridime's Dealer account.

13.     From January 04, 2021 to December 21, 2023, Agridime account **WNB2742** received over $215,555,823 in investor funds.

14.     Worthington National Bank account ending in 3203, hereafter referred to as **WNB3203**, acted as Agridime's Meat Sales account.  The purpose of the Meat Sales Account was purportedly to pay back investors after cattle was slaughtered, but funds from the Meat Sales account were instead diverted to the personal use of Jason Link.

15.     Defendant Jason Link was the sole signatory of Worthington National Bank account ending in 8253 ("Link's Personal Account").

16.     From November 16, 2021 to November 22, 2023, Link's Personal Account received $1,724,343 of investor funds from **WNB2742.**

17.     Over the same period, Link's Personal Account received $920,572 of funds that should have been used to repay investors from **WNB3203**, the Meat Sales account.

18.     All of these transfers are considered to be traced proceeds of a specified

unlawful activity as they are traceable to the investment scheme.

19.     From April 26, 2022 to December 4, 2023, checks and wires totaling
$1,498,275.22 were written from Link's Personal Account to Wiebe Construction for the
construction of the Subject Property.

20.     In addition, from July 26, 2022 to October 31, 2023, **WNB3203** sent checks
and wires totaling $160,017.82 to Wiebe Construction.  These wires were also for
construction invoices for the Subject Property.

21.     The total paid to Wiebe Construction from Agridime's and Link's Personal
Accounts for construction of the Subject Property was $1,658,293.04.

### FSA Loan Scheme

22.     In a separate unlawful scheme related to the Subject Property, the defendants
made material misrepresentations on applications for federal Farm Service Agency (FSA)
loans to unlawfully obtain federal funding.

23.     On or around May 21, 2020, Jason Link applied for a Farm Services Agency
(FSA) loan for Agridime to purchase and operate Shady Brook Ranch.

24.     On or around May 26, 2020, FSA informed Jason Link that it would not grant a
loan should Agridime be the owner or operator of the property.

25.     On or around May 28, 2020, Jason Link revised the loan application, citing
himself as the sole owner and operator of Shady Brook Ranch.

26.     On or around July 30, 2020, FSA approved a loan of $457,500 for Shady Brook
Ranch based upon Jason Link's misrepresentations.

27.     On or around July 30, 2020, FSA transferred the loan amount of $457,500 to

Security 1st Title at Intrust Bank, NA, via Electronic Funds Transfer System, to fund the purchase of the 196 acres in Herington, Kansas, which includes the tract of land encompassing the Subject Property.

28.     Thereafter, contrary to Link's representations, Agridime acted as owner and operator of the Shady Brook Ranch which housed Agridime livestock.

29.     Jason Link made yearly interest payments of $21,137 yearly interest on the loan paid in June of each year thereafter, funded by investor funds.

30.     Between November 16, 2021 and November 22, 2023, Jason Link receives approximately $2,600,000 to his personal account **WNB8253** from Agridime accounts **WNB2742** and **WNB3203**. The transfers are considered to be traced proceeds of a specified unlawful activity as they are traceable to the cattle investment fraud scheme. Jason Link subsequently uses the funds to make yearly interest payments on the FSA loan for the Subject Property and pay construction invoices related to the Subject Property.

31.     In particular, From June 18, 2021 to June 21, 2023, Link sent $63,411 from Link's Personal Account (**WNB8253**) to the FSA for the loan on the land encompassing the Subject Property.

32.     In sum, the defendants obtained both investor funds and federal loan funds based on misrepresentations about the true operator and the intended use of the funds to care for specific cattle, and instead used the funds for construction on the Subject Property.

[remainder of page intentionally blank]

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 16, 2025

Megan Woodruff
Special Agent
Federal Bureau of Investigation